PLG DAMAGE ATTORNEYS
VINIT R. VENKATESH, ESQ. (State Bar No. 367857)
2750 SW 145TH AVENUE #509
Miramar, Florida 33027
VV@PLGDAMAGE.COM
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bridget Botto,<br>individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br>vs.<br><br>GHD North America LLC **d/b/a** Good Hair Day<br><br>Defendant. | Case No.:<br><br>**Complaint for Damages and Injunctive Relief for Violations of: 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(c)(1)**<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY DEMAND** |

Plaintiff Bridget Botto ("Plaintiff") brings this class action against GHD North America LLC ("Defendant") and alleges as follows upon personal knowledge as to Plaintiff and Plaintiff's own acts and experiences and, as to all other matters, upon information and belief, including investigation conducted by Plaintiff's counsel.

## NATURE OF THE ACTION

1. This putative class action arises from Defendant's violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. (the "TCPA"), and the Federal Communications Commission ("FCC") regulations promulgated thereunder.

2. To advertise and promote its goods and services, Defendant transmitted, or caused to be transmitted, unsolicited telemarketing text messages to Plaintiff and other consumers, including multiple messages initiated before 8:00 a.m. or after 9:00 p.m. local time at the

called party's location.

3. Through this action, Plaintiff seeks injunctive relief, statutory damages, treble damages for willful or knowing violations, costs, and such other relief as the Court deems just and proper.

## PARTIES

4. Plaintiff is a natural person, a citizen and resident of Los Angeles County, California, and a "person" entitled to bring this action under the TCPA.

5. Defendant, GHD North America LLC , is a Delaware Domestic Liability Company that is authorized to do business in California and does business as Good Hair Day.

6. Unless otherwise indicated, references to Defendant include its agents, employees, officers, members, directors, partners, subsidiaries, affiliates, predecessors, successors, assigns, principals, representatives, vendors, and all other persons or entities acting on its behalf.

## JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because this action arises under the TCPA.

8. This Court has personal jurisdiction over Defendant, and venue is proper in this District because Defendant transacts business in this District, purposefully directed the telemarketing campaign at issue into this District, and because Defendant's unauthorized marketing scheme was directed by Defendant to consumers in this District.

## STATUTORY AND REGULATORY BACKGROUND

### I. Telephone Consumer Protection Act (TCPA)

9. In 1991, Congress enacted the TCPA to address the explosive growth of the telemarketing industry. In so doing, Congress recognized that "[u]nrestricted telemarketing . . . can be an intrusive invasion of privacy [.]" Telephone Consumer Protection Act of 1991, Pub. L. No. 102-243, § 2(5) (1991) (codified at 47 U.S.C. § 227).

10. Section 227(c) of the TCPA directed the FCC to adopt rules protecting residential telephone

subscribers' privacy rights and limiting unwanted telephone solicitations. 47 U.S.C. § 227(c)(1).

11. The FCC's regulations prohibit any person or entity from initiating a telephone solicitation to any residential telephone subscriber before 8 am and after 9 pm local time at the called party's location. and similarly provides a private right of action against any entity that makes those telephone solicitations, or "on whose behalf" such telephone solicitations are made. 47 U.S.C. § 227(c)(5); 47 C.F.R. § 64.1200(c)(1). 47 C.F.R. § 64.1200(e), the restrictions in § 64.1200(c) apply to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers to the extent described by the FCC. 47 C.F.R. § 64.1200(e).

13. Under the TCPA, a text message qualifies as a "call." *Campbell-Ewald Co. v. Gomez*, 577 U.S. 153, 156 (2016).

14. The FCC defines "telephone solicitation" to mean the initiation of a telephone call or message for the purpose of encouraging the purchase or rental of, or investment in, property, goods, or services, but the term does not include a call or message sent with prior express invitation or permission, to a person with whom the caller has an established business relationship, or by or on behalf of a tax-exempt nonprofit organization. 47 C.F.R. § 64.1200(f)(15).

15. A person who has received more than one telephone call within any twelve-month period by or on behalf of the same entity in violation of the regulations prescribed under 47 U.S.C. § 227(c) may bring an action for injunctive relief and to recover actual monetary loss or up to $500.00 in damages for each violation, whichever is greater. 47 U.S.C. § 227(c)(5).

16. If the Court finds that the defendant willfully or knowingly violated the regulations prescribed under 47 U.S.C. § 227(c), the Court may, in its discretion, increase the amount of the award to an amount equal to not more than three times the amount otherwise available. *Id.*

**FACTS**

17. Plaintiff is the regular user and subscriber of the wireless telephone number ending in 5952 (the "Subject Number"). Plaintiff uses the Subject Number only or primarily for personal, family, and household purposes, as Plaintiff's primary means of being reached at home, and as a replacement for a traditional residential landline.

18. On or about May 6, 2026 at 8:09 PM, Plaintiff requested to opt-out of Defendant's text messages by replying with a stop instruction as reflected by the following screenshot.

*See Exhibit A.*

19. Defendant ignored Plaintiff's request and continued text messaging Plaintiff, as demonstrated by the above screenshot and the following screenshot. *See Exhibit A.*

20. As demonstrated by the above screenshots, the purpose of Defendant's text messages was to advertise, promote, and/or market Defendant's goods, services, and/or properties.

21. As demonstrated by the above screenshots, Defendant does not honor consumer requests to opt-out of text message solicitations. Indeed, Plaintiff attempted to opt-out of Defendant's text message solicitations by telling Defendant not to contact them anymore, but Defendant continued to text message Plaintiff.

22. Defendant's refusal to honor Plaintiff's opt-out requests demonstrates that Defendant has not instituted procedures for maintaining a list of persons who request not to receive text messages from Defendant. The precise details regarding its lack of requisite policies and procedures are solely within Defendant's knowledge and control.

23. True and correct copies of the messages are attached as Exhibit A and incorporated by reference.

24. The subject messages were not informational or transactional. Their purpose was to advertise, promote, and encourage the purchase of Defendant's goods and/or services.

25. Defendant did not maintain the required procedures for handling and processing opt-out requests prior to the initiation of the violative text messages it sent to Plaintiff as

reflected by the fact that Plaintiff made an opt-out request and that request was never processed; it was ignored by Defendant and its employees and Defendant continued to send text messages.

26. Defendant sent at least two solicitations after Plaintiff's first opt-out request.

27. Plaintiff utilizes the cellular telephone that received Defendant's texts messages for personal purposes and the number is Plaintiff's residential telephone line.

28. Upon information and belief, Defendant has access to outbound transmission reports for all text messages sent advertising/promoting its services and goods. These reports show the dates, times, target telephone numbers, and content of each message sent to Plaintiff and the Class members. Defendant also has access to text message logs showing Plaintiff's and the Class members' inbound opt-out requests.

29. Defendant's text messages caused Plaintiff and the Class members harm, including statutory damages, inconvenience, invasion of privacy, aggravation, annoyance, and violation of their statutory privacy rights.

## CLASS ALLEGATIONS

**Proposed Class**

30. Plaintiff brings this action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of Plaintiff and the following proposed class:

31. TCPA After-Hours Class: All persons in the United States who, from four years prior to the filing of this action through the date of class certification, Defendant, or anyone acting on Defendant's behalf, initiated more than one telephone solicitation text message within any twelve-month period to a wireless telephone number used by the called party as a residential line, where at least one such message was initiated before 8:00 a.m. or after 9:00 p.m. local time at the called party's location.

32. Plaintiff reserves the right to modify the class definition as discovery and further investigation may warrant.

33. Excluded from the Class are Defendant, any parent, subsidiary, affiliate, or control person of Defendant, and Defendant's officers, directors, agents, servants, employees, attorneys, and the immediate family members of such persons.

34. Upon information and belief, the members of the Class number at least in the dozens and likely in the hundreds or thousands, making joinder impracticable. The identities of the Class members are presently unknown to Plaintiff but are ascertainable through Defendant's records and the records of Defendant's agents and vendors.

**Common Questions and Rule 23 Requirements**

35. There are numerous questions of law and fact common to the Class that predominate over any questions affecting only individual members, including whether Defendant initiated or caused to be initiated the challenged text messages; whether those messages constituted telephone solicitations or telemarketing; whether the messages were sent to wireless numbers used as residential lines; whether the messages were initiated before 8:00 a.m. or after 9:00 p.m. local time at the called party's location; whether Defendant possessed prior express invitation or permission; whether Defendant had an established business relationship with the recipients; whether any nonprofit exemption applies; and whether Defendant is liable for damages and injunctive relief.

36. Plaintiff's claims are typical of the claims of the Class because they arise from the same course of conduct and are based on the same legal theories.

37. Plaintiff will fairly and adequately protect the interests of the Class and has retained counsel experienced in complex litigation and TCPA class actions.

38. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy because the damages recoverable by individual class members are small

compared with the burden and expense of individual litigation, and separate actions would risk inconsistent results and needlessly burden the courts.

**COUNT I**
**VIOLATION OF 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(d)**
**(On Behalf of Plaintiff and the Class)**

39. Plaintiff re-alleges and incorporates the foregoing allegations set forth in paragraphs 1 through 38 as if fully set forth herein.

1. In pertinent part, 47 C.F.R. § 64.1200(d) provides:

> No person or entity shall initiate any call for telemarketing purposes to a residential telephone subscriber unless such person or entity has instituted procedures for maintaining a list of persons who request not to receive telemarketing calls made by or on behalf of that person or entity. The procedures instituted must meet the following minimum standards:
>
> (1) *Written policy*. Persons or entities making calls for telemarketing purposes must have a written policy, available upon demand, for maintaining a do-not-call list.
>
> (2) *Training of personnel engaged in telemarketing*. Personnel engaged in any aspect of telemarketing must be informed and trained in the existence and use of the do-not-call list.
>
> (3) *Recording, disclosure of do-not-call requests.* If a person or entity making a call for telemarketing purposes (or on whose behalf such a call is made) receives a request from a residential telephone subscriber not to receive calls from that person or entity, the person or entity must record the request and place the subscriber's name, if provided, and telephone number on the do-not-call list at the time the request is made. Persons or entities making calls for telemarketing purposes (or on whose behalf such calls are made) must honor a residential subscriber's do-not-call request within a reasonable time from the date such request is made. This period may not exceed thirty days from the date of such request. If such requests are recorded or maintained by a party other than the person or entity on whose behalf the telemarketing call is made, the person or entity on whose behalf the telemarketing call is made will be liable for any failures to honor the do-not-call request. A person or entity making a

> call for telemarketing purposes must obtain a consumer's prior express permission to share or forward the consumer's request not to be called to a party other than the person or entity on whose behalf a telemarketing call is made or an affiliated entity.

40. Under 47 C.F.R § 64.1200(e), the rules set forth in 47 C.F.R. § 64.1200(d) are applicable to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers.

41. Plaintiff and the Class Members are residential telephone subscribers who received more than one text message made for purposes of telemarketing or solicitation purposes from Defendant, who has failed to implement the requisite procedures and personnel training as demonstrated by its failure to honor opt-out requests.

42. Plaintiff and the Class members made requests to Defendant not to receive texts from Defendant.

43. Plaintiff and the Class Members revoked any consent they may have provided Defendant by responding with “stop” or similar opt-out instructions.

44. Defendant continued to text message Plaintiff and the Class Members to harass them into making purchases from Defendant.

45. Defendant failed to honor Plaintiff’s and the Class members’ opt-out requests.

46. Defendant’s refusal to honor opt-out requests is indicative of Defendant’s failure to implement a written policy for maintaining a do-not-call list and to train its personnel engaged in telemarketing on the existence and use of the do-not-call-list.

47. Plaintiff and the Class members are informed and believe that Defendant has not instituted procedures for maintaining a list of persons who request not to receive telemarketing calls or text messages.

48. Plaintiff and the Class members are informed and believe that Defendant does not have a written policy, available upon demand, for maintaining a do-not-call list.

49. Plaintiff and the Class members are informed and believe that Defendant does not train its personnel engaged in any aspect of telemarketing in the existence and use of the do-not-call list.

50. The details and specific facts regarding Defendant's failure to maintain the required policies and procedures, as well as personnel training, are solely within Defendant's knowledge and possession.

51. Defendant has violated 47 C.F.R. § 64.1200(d) by failing to honor opt-out requests, failing to maintain the required policies and procedures, and failing to train its personnel engaged in telemarketing.

52. Pursuant to section 227(c)(5) of the TCPA, Plaintiff and the Class members are entitled to an award of $500.00 in statutory damages, for each and every negligent violation.

53. As a result of Defendant's knowing or willful conduct, Plaintiff and the Class members are entitled to an award of $1,500.00 in statutory damages per violation.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, individually and on behalf of the Class, respectfully requests that the Court enter judgment in Plaintiff's favor and against Defendant and award the following relief:

a) An order certifying this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure, appointing Plaintiff as Class Representative, and appointing Plaintiff's counsel as Class Counsel;

b) Statutory damages of up to $500.00 for each violation, or actual monetary loss, whichever is greater;

c) An award of treble damages for each willful or knowing violation;

d) Injunctive relief prohibiting Defendant from engaging in conduct that violates the TCPA, including initiating telephone solicitations before 8:00 a.m. or after 9:00 p.m. local time at the called party's location;

e) Costs, pre-judgment interest, and post-judgment interest as permitted by law; and

f) Such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff and the members of the Class hereby demand a trial by jury on all issues so triable.

## DOCUMENT PRESERVATION DEMAND

Plaintiff demands that Defendant take affirmative steps to preserve all records, electronically stored information, transmission logs, campaign reports, consent records, customer relationship data, vendor communications, and all other documents or data relating to the text messages and telemarketing practices alleged herein.

Dated: October 6, 2026

Respectfully Submitted,

/s/ Vinit R. Venkatesh, Esq.

Vinit R. Venkatesh, Esq.
Attorney Bar No: 367857
E-mail: vv@plgdamage.com
PLG Damage Attorneys
2750 SW 145th Ave
Miramar, FL 33027
Phone: 305-506-4746

COUNSEL FOR PLAINTIFF

# EXHIBIT A

# ATTACH PHOTOS



















2:39
80201
Wed, Jun 3 at 12:05 PM
MEMORIAL DAY SALE
UP TO 25% OFF*
SITEWIDE
ghd: FINAL HOURS!!!! You do not want to miss out on up to 25% off* almost everything for our Memorial sale! Ends at 9pm PST tonight!
https://txts.ly/NoHKEQ
Wed, Jun 3 at 2:03 PM
ghd: Your good hair day is just a step away! Don't forget, you get 15% off your first order sitewide. Excludes new arrivals and sale items.
Use your code and shop now:
https://txts.ly/sRaUNQ
Mon, Jun 8 at 2:10 PM
Text Message · SMS


2:39
80201
Mon, Jun 8 at 2:10 PM
ghd: Save up to 30% off* on all your hair travel needs. It is summertime and vacation is calling!
https://txts.ly/QZayTQ
Wed, Jun 10 at 2:04 PM
ghd: Your good hair day is just a step away! Don't forget, you get 15% off your first order sitewide. Excludes new arrivals and sale items.
Use your code and shop now:
Text Message · SMS


2:39
80201
Wed, Jun 10 at 2:04 PM
ghd: Your good hair day is just a step away! Don't forget, you get 15% off your first order sitewide. Excludes new arrivals and sale items.
Use your code and shop now:
https://txts.ly/6BinTQ
Wed, Jun 24 at 1:05 PM
EXTRA 10% OFF
SELECT ELITE TOOLS
ghd: It's a prime day to get extra savings on our elite best sellers! And there's a free gift with code SUMMER!
https://txts.ly/KMlm5Q
ghd: Your good hair day is just a step away! Don't forget, you
Text Message · SMS
and sale items.


2:40
80201
Fri, Jun 26 at 4:18 PM
EXTRA 10% SAVINGS
ON SELECT ELITE TOOLS
ghd: the Extra Savings Styling Event is ending in a few short hours! Shop now or miss out on extra savings on select bestselling flat irons and the chance for a free ghd Rehab Split End Sealer. Ends tonight
https://txts.ly/FUjBXQ
Tue, Jun 30 at 1:38 PM
Text Message · SMS


2:40
80201
Tue, Jun 30 at 1:38 PM
SUMMER SALE
UP TO 25% OFF*
SELECT GHD FAVES
ghd: Final hours to enjoy up to 25% off award-winning ghd hair tools and create sleek, smooth, salon-worthy results all season long and get a free ghd Rehab Split End Sealer with any tool with code SUMMER
https://txts.ly/eSwR9Q
Wed, Jul 1 at 2:05 PM
ghd: Your good hair day is just a step away! Don't forget, you get 15% off your first order sitewide. Excludes new arrivals and sale items.
Text Message · SMS


2:40
80201
Sat, Jul 4 at 10:48 AM
4TH OF JULY SALE
UP TO 25% OFF
SITEWIDE*
ghd: Sparklers fade. Create your own shine! Enjoy limited-time savings on ghd styling deals. Shop now.
https://txts.ly/4nCsaR
Wed, Jul 8 at 2:05 PM
ghd: Your good hair day is just a step away! Don't forget, you get 15% off your first order sitewide. Excludes new arrivals and sale items.
Use your code and shop now:
https://txts.ly/fP3D4Q
Text Message · SMS


2:40
80201
Wed, Jul 8 at 2:05 PM
ghd: Your good hair day is just a step away! Don't forget, you get 15% off your first order sitewide. Excludes new arrivals and sale items.
Use your code and shop now:
https://txts.ly/fP3D4Q
Sat, Jul 11 at 10:33 AM
ghd: Hot hair. Cool savings. Save during the ghd Good Hair Summer Event and achieve frizz-free, glossy styles all summer. Limited time only
https://txts.ly/S22riR
Wed, Jul 15 at 2:03 PM
ghd: Your good hair day is just a step away! Don't forget, you get 15% off your first order sitewide. Excludes new arrivals and sale items.
Use your code and shop now:
https://txts.ly/iITKhR
Sun, Jul 19 at 10:33 AM
Text Message · SMS


2:40
80201
Sun, Jul 19 at 10:33 AM
ghd: Bad vibes? Blame Mercury. Bad hair days? We've got you. Shop savings up to 25% off on award winning tools & hair products now. Limited time only
https://txts.ly/BYYnbR
Wed, Jul 22 at 2:04 PM
ghd: Your good hair day is just a step away! Don't forget, you get 15% off your first order sitewide. Excludes new arrivals and sale items.
Use your code and shop now:
https://txts.ly/KvPRkR
Wed, Jul 22 at 3:04 PM
LIMITED TIME ONLY
50% OFF
Text Message · SMS


2:40
80201
Fri, Jul 24 at 12:27 PM
LIMITED TIME ONLY
50% OFF
DUET STYLE
No, that isn't a typo! But only for a limited time!
https://txts.ly/EyxxpR
Tue, Jul 28 at 4:16 PM
ghd: you only have until midnight to get 20% off the tool of your choice with code: MONDAYBLUES
https://txts.ly/VZZtfR
Wed, Jul 29 at 2:05 PM
ghd: Your good hair day is just a step away! Don't forget, you get 15% off your first order sitewide. Excludes new arrivals
Text Message · SMS


2:40
80201
Wed, Jul 29 at 2:05 PM
ghd: Your good hair day is just a step away! Don't forget, you get 15% off your first order sitewide. Excludes new arrivals and sale items.
Use your code and shop now:
https://txts.ly/xZm3fR
Tue, Aug 4 at 3:36 PM
THE BEAUTY EDIT EVENT
UP TO 25% OFF
CURLING IRONS & WANDS
ghd: Everyone's Reaching for One. Last chance to shop 25% off before the Beauty Edit Event disappears into the night.
https://txts.ly/DDagmR
Wed, Aug 5 at 11:37 AM
Text Message · SMS


2:40
80201
Wed, Aug 5 at 11:37 AM
ghd: Last chance! The Beauty Edit Event ends TONIGHT. Enjoy 25% off select tools and hair essentials.
https://txts.ly/wvrLzR
Wed, Aug 5 at 2:05 PM
ghd: Your good hair day is just a step away! Don't forget, you get 15% off your first order sitewide. Excludes new arrivals and sale items.
Use your code and shop now:
https://txts.ly/tLMZkR
Fri, Aug 7 at 11:01 AM
ghd: Our best styler ever is
Text Message · SMS


2:40
80201
Sat, Aug 8 at 11:03 AM
THIS WEEKEND ONLY
15% OFF GHD WAVE
CODE: WAVE15
ghd: Wave Weekend is here! Enjoy an exclusive 15% OFF of our viral waver with code WAVE15.
https://txts.ly/7xZLnR
Mon, Aug 10 at 10:27 AM
ghd: FINAL HOURS 15% off the ghd Wave ends tonight. Get effortless, beachy waves with our viral waver. Use code WAVE15.
https://txts.ly/b8eaoR
Wed, Aug 12 at 2:04 PM
Text Message · SMS


2:41
80201
Wed, Aug 12 at 2:04 PM
ghd: Your good hair day is just a step away! ✨ Don't forget, you get 15% off your first order sitewide. Excludes new arrivals and sale items.
Use your code and shop now:
https://txts.ly/XkyBqR
Thu, Aug 13 at 9:10 AM
BIG HAIR ENERGY
UP TO 25% OFF* SELECT GHD FAVES
ghd: The curls! The volume! The compliments! But the discounts? Not sticking around. Shop the Big Hair Energy Event now.
https://txts.ly/PpExsR
Text Message • SMS


2:41
80201
Sat, Aug 15 at 11:35 AM
ghd: Warning, these deals may cause excessive volume.🔥Big Hair Energy = up to 25% off select favorites. Shop now:
https://txts.ly/gbsjER
Mon, Aug 17 at 9:15 AM
ghd: Want 2.5x less frizz and ultimate shine? New ghd Sculpt uses Heat-Adapt tech for zero heat damage* and 5x faster styling. Shop now:
https://txts.ly/p15YsR
Wed, Aug 19 at 12:15 PM
ghd: LAST CALL for big volume! Take up to 25% off the Big Hair Energy Event before it ends tonight:
https://txts.ly/9m6ttR
Wed, Aug 19 at 2:05 PM
ghd: Your good hair day is just a step away! ✨ Don't forget, you get 15% off your first order sitewide. Excludes new arrivals
Text Message • SMS


2:41
80201
Fri, Aug 21 at 11:05 AM
END OF SUMMER SALE
UP TO 30% OFF ALMOST EVERYTHING
ghd: Summer's cooling off, but the savings are just heating up 🔥 Shop the End of Summer Sale and save up to 30% off select ghd must-haves.
https://txts.ly/nAplwR
Sat, Aug 22 at 10:05 AM
ghd: Summer's ending. Great hair isn't. Save up to 30% off our best-selling tools now!
https://txts.ly/k5gKJR
Sun, Aug 23 at 12:05 PM
Text Message • SMS


2:41
80201
Tue, Aug 25 at 9:40 AM
ZERO HEAT DAMAGE
ghd: Still choosing between healthy hair and great styling? ghd Sculpt delivers both with zero heat damage* Shop now:
https://txts.ly/lnriKR
Wed, Aug 26 at 2:03 PM
ghd: Your good hair day is just a step away! ✨ Don't forget, you get 15% off your first order sitewide. Excludes new arrivals and sale items.
Use your code and shop now:
https://txts.ly/nsaqxR
Text Message • SMS


2:41
80201
Fri, Aug 28 at 10:05 AM
ghd: End summer with your best hair yet. Save up to 30% on the viral Wave, new Speed Hair Dryer & more!
https://txts.ly/U1nqLR
Sun, Aug 30 at 12:05 PM
ghd: This doesn't happen often. Save up to 30% on almost everything during our End of Summer Sale. Plus, enjoy a complimentary gift with
Text Message • SMS


2:41
80201
Sun, Aug 30 at 12:05 PM
ghd: This doesn't happen often. Save up to 30% on almost everything during our End of Summer Sale. Plus, enjoy a complimentary gift with qualifying purchase using code EOSS2026
https://txts.ly/KAcKNR
Wed, Sep 2 at 9:03 AM
$10 DONATION
Text Message • SMS


2:41
80201
Wed, Sep 2 at 9:03 AM
$10 DONATION
NEW GHD PINK COLLECTION
ghd: Kinda chic to support breast cancer research 💗 Shop the NEW limited-edition ghd Pink Collection. $10 from every Pink tool supports breast cancer charities. Shop now: https://txts.ly/kcxiNR
Wed, Sep 2 at 2:03 PM
ghd: Your good hair day is just a step away! ✨ Don't forget, you get 15% off your first order sitewide. Excludes new arrivals and sale items.
Use your code and shop now:
Text Message • SMS


2:41
80201
Wed, Sep 2 at 2:03 PM
ghd: Your good hair day is just a step away! ✨ Don't forget, you get 15% off your first order sitewide. Excludes new arrivals and sale items.
Use your code and shop now: https://txts.ly/low3JR
Fri, Sep 4 at 9:32 AM
Make your Labor Day long weekend extra sweet with a free gift! + Enjoy up to 30% OFF during our End of Summer Sale! Shop here: https://txts.ly/PP6wFR
Mon, Sep 7 at 11:00 AM
ghd: Best way to spend a Monday off? Upgrading your hair game!
Grab our top-rated styling tools today, now up to 30% off: https://txts.ly/DyMwFR
Mon, Sep 7 at 4:40 PM
ghd: Last call for Labor Day!
Text Message • SMS


2:41
80201
Wed, Sep 9 at 11:37 AM
ghd: FINAL HOURS! ⌛ Up to 30% OFF your favorite hair tools! Plus, get a FREE ghd Rehab heat-activated leave-in treatment. Sale ends tonight: https://txts.ly/nfxtHR
Wed, Sep 9 at 2:03 PM
ghd: Your good hair day is just a step away! ✨ Don't forget, you get 15% off your first order sitewide. Excludes new arrivals and sale items.
Text Message • SMS


9:46
80201
ghd: The tools behind the looks. Fashion Week favorites are up to 25% off* during our 25th birthday sale. Shop now: https://txts.ly/1AjuOR
Today 9:45 AM
ghd: Before the party's over! 🍰 Take up to 25% off* iconic hair essentials in our final hours. Shop now: https://txts.ly/QYCQdS
If you did not expect this message from an unknown sender, it may be spam.
Report Spam
Text Message • SMS


2:41
80201
Wed, Sep 16 at 2:03 PM
ghd: Your good hair day is just a step away! ✨ Don't forget, you get 15% off your first order sitewide. Excludes new arrivals and sale items.
Use your code and shop now: https://txts.ly/o37GXR
Fri, Sep 18 at 9:07 AM
UP TO 25% OFF ALMOST EVERYTHING* FOR GHD'S 25TH BIRTHDAY
happy birthday
HAPPY BIRTHDAY!
🎂 25 years of ghd. It's our birthday, you get the gift. up to 25% OFF almost everything.
Shop now: https://txts.ly/Am0XXR
Text Message • SMS


2:42
80201
Sun, Sep 20 at 12:04 PM
CHEERS TO 25 YEARS
UP TO 25% OFF ALMOST EVERYTHING*
ghd
ghd: Still celebrating, but not forever. Get up to 25% off almost everything during ghd's 25th Birthday Sale. Don't miss the celebration! 🎂 https://txts.ly/9CmxPR
Wednesday 2:05 PM
ghd: Your good hair day is just a step away! ✨ Don't forget, you get 15% off your first order sitewide. Excludes new arrivals and sale items.
Use your code and shop now: https://txts.ly/PoQLSR
Text Message • SMS


2:42
80201
Wednesday 2:05 PM
ghd: Your good hair day is just a step away! ✨ Don't forget, you get 15% off your first order sitewide. Excludes new arrivals and sale items.
Use your code and shop now:
https://txts.ly/PoQLSR
Friday 12:07 PM
ghd: Weekend plans? Start with good hair. Save up to 25% OFF almost everything during ghd's 25th Birthday Sale. Shop your favorites:
https://txts.ly/JRQMXR
Sunday 12:08 PM
ghd: The tools behind the looks.
Text Message • SMS


9:46
80201
ghd: The tools behind the looks. Fashion Week favorites are up to 25% off* during our 25th birthday sale. Shop now:
https://txts.ly/1Aju0R
Today 9:45 AM
ghd: Before the party's over! 🍰 Take up to 25% off* iconic hair essentials in our final hours. Shop now:
https://txts.ly/QYCQdS
If you did not expect this message from an unknown sender, it may be spam.
Report Spam
Text Message • SMS